# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2021

## NO. 03-20-00559-CV

**Deborah Ellen Smuts, Appellant**

**v.**

**Gaspar Caracheo, Appellee**

## APPEAL FROM COUNTY COURT AT LAW OF BURNET COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, KELLY
## AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the protective order signed by the trial court on October 8, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.